UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| YOAHUA ZHANG | : | |
| Plaintiff | : | C.A. No. |
| vs. | : | |
| ANDREW BETTENCOURT | : | **PLAINTIFF HEREBY** |
| Defendant | : | **DEMANDS A TRIAL BY JURY** |

## COMPLAINT

## PARTIES

1. Plaintiff Yoahua Zhang is a citizen of the State of Rhode Island and resides in East Greenwich, Rhode Island.

2. Defendant Andrew Bettencourt is a citizen of the State of Massachusetts and resides in Salem, Massachusetts.

## JURISDICTION

3. Jurisdiction is founded upon 28 U.S.C. 1332(a), this being an action between citizens of different states wherein the amount in controversy exceeds the sum of seventy-five thousand ($75,000) dollars, exclusive of interest and costs.

## VENUE

4. Venue is proper pursuant to 28 U.S.C. 1391(a)(1) and (2) as Defendant resides in Salem Massachusetts and the incident at issue occurred in Waltham, Massachusetts.

## GENERAL ALLEGATIONS

5. On or about February 25, 2017, Plaintiff was operating a motor vehicle on a public way in Waltham, Massachusetts, *i.e.* Route 95 South.

6. At all times material hereto Plaintiff was in the exercise of due care.

7. At the time and place aforesaid, Plaintiff was traveling in the second lane from the right.

8. At the time and place aforesaid, Defendant was operating a owned by him.

9. Defendant operated his vehicle in a manner that caused it to strike the rear of Plaintiff's vehicle.

10. As a result of the impact, Plaintiff's vehicle was pushed out of its lane of travel and to the right.

11. Defendant was under a duty to operate his vehicle in a manner that was reasonable under the circumstances for the protection and safety of other users of the public way, including Plaintiff.

## COUNT I - NEGLIGENCE

12. The allegations set forth in Paragraphs 1 to 11 above are incorporated herein as if set forth again in full.

13. Defendant breached the duty of care which he had to Plaintiff as more fully described above.

14. As a direct and proximate result of Defendant's breach as aforesaid, Plaintiff suffered grave and serious personal injuries which has required him to spend great sums to cure, relieve and attempt to rehabilitate him from the effects of same, a loss of earnings and earning capacity, and to suffer great pains and suffering.

WHEREFORE, Plaintiff demands judgment in an amount which exceeds the jurisdictional requirements of this Court, in addition to interest and costs.

> Plaintiff
> By his Attorney
>
> _____
> DAVID J. OLIVEIRA, ESQ. (378655)
> 155 South Main Street Suite 305
> Providence, RI 02903
> (401) 274-9191
> (401) 274-9190 (FAX)
> doliveira@djolaw.com

Plaintiff hereby demands a trial by jury and designates David J. Oliveira, Esq. as trial counsel.